# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-06866-SVW-FFM | Date | October 7, 2019 |
|---|---|---|---|
| Title | Hermila Perez v. Ford Motor Company et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Paul M. Cruz | Gaye L. Limon | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michelle Yang | Charles F. Harlow (Appearing by Telephone) |

**Proceedings:** NEW CASE STATUS CONFERENCE
[15] MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff Hermila Perez

Hearing and conference held. The motion is submitted. Order to issue.

The Court orders the plaintiff to file a declaration, under the penalty of perjury, stating where she is domiciled, where she purchased the vehicle, and where she brought the action.

| | : | 05 |
|---|---|---|
| | Initials of Preparer | PMC |